ROBERT H. ZIMMERMAN, Bar No. 84345
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant THE FREMONT-RIDEOUT HEALTH GROUP

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE, M.D., | No.   2:14-cv-00735-GEB-EFB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES |
| THE FREMONT-RIDEOUT HEALTH GROUP, et al., | |
| Defendants. | |

The parties, by and through their undersigned counsel, stipulate and agree the current discovery plan and Scheduling Order may and should be extended.  Good cause exists for the requested relief in order to schedule and conduct several depositions.  This is the first such request.  This stipulation, if approved, would result in the following new deadlines in this case:

1. Last day to complete discovery from July 6, 2015 to August 24, 2015.
2. Disclosure of experts from January 5, 2015 to July 13, 2015.
3. Last day for the Court to hear dispositive motions from September 14, 2015 to October 19, 2015.
4. The Final Pretrial Conference is rescheduled for December 14, 2015 at 11:00 a.m.
5. The trial date of February 9, 2016 shall remain the same.

/ / /

DATED this 8th day of January, 2015.

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES     -1-

| | |
|---|---|
| **LAW OFFICE OF STEPHEN T. HODGE** | **LAW OFFICES OF CLIFFORD CHIGBU** |
| /S/: Stephen T. Hodge<br>STEPHEN T. HODGE<br>CSB No. 158273<br>Counsel for Plaintiff | /S/: Clifford Chigbu<br>CLIFFORD CHIGBU<br>CSB No. 221386<br>Counsel for Plaintiff |

**SCHUERING ZIMMERMAN & DOYLE, LLP**

/S/: Robert H. Zimmerman
ROBERT H. ZIMMERMAN
CSB No. 84345
Counsel for Defendant
The Fremont-Rideout Health Group

### ORDER

IT IS SO ORDERED.

Dated: January 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES    -2-