UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE, M.D., | No. 2:14-cv-00735-GEB-EFB |
| Plaintiff, | |
| v. | **ORDER AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER** |
| THE FREEMONT-RIDEOUT HEALTH GROUP, | |
| Defendant. | |

Pursuant to the parties' Stipulation & Proposed Order to Continue Deadlines, Final Pretrial Conference, and Trial Date, (ECF No. 16), the Status (Pretrial Scheduling) Order is amended as follows:

All discovery shall be completed by September 16, 2016; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before July 1, 2016; and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before August 1, 2016; the last hearing date for motions shall be October 17, 2016, commencing at 9:00 a.m.; the final pretrial conference is set for December 5, 2016

1

at 11:00 a.m. in courtroom 10; and trial commences at 9:00 a.m. on January 31, 2017, in courtroom 10.

Dated: September 15, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge