UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE, M.D., | No. 2:14-cv-00735-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| THE FREEMONT-RIDEOUT HEALTH GROUP, et al., | |
| Defendants. | |

The parties' stipulated request to extend the deadline for disclosure of experts to October 25, 2016 is GRANTED. Correspondingly, the last date for hearing of dispositive motions is continued to November 4, 2016. All other dates remain as previously set.

DATED: June 30, 2016.

_____
UNITED STATES DISTRICT JUDGE