ROBERT H. ZIMMERMAN, Bar No. 84345
PRESTON R. YOUNG, Bar No. 276297
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant THE FREMONT-RIDEOUT HEALTH GROUP

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE, M.D.,  ) | No.     2:14-cv-00735-KJM-EFB |
| Plaintiff,  ) | |
| ) | STIPULATED PROTECTIVE ORDER |
| vs.  ) | |
| ) | |
| THE FREMONT-RIDEOUT HEALTH GROUP,  ) | |
| et al.,  ) | |
| ) | |
| Defendants.  ) | |
| _____ ) | |

The parties to the above-referenced action, by and through their respective counsel, hereby agree and stipulate to the following Protective Order:

1.   In connection with the discovery proceedings in this action, the documents to be produced by THE FREMONT-RIDEOUT HEALTH GROUP (hereinafter "defendant"), including Medical Executive Committee meeting minutes, Professional Review Committee meeting minutes, and Board of Directors meeting minutes pertaining to plaintiff, CHUKWUEMEKA NDULUE, M.D., will be deemed "Confidential" under the terms of this Stipulated Protective Order.

2.   The Confidential documents produced by defendant including Medical Executive Committee meeting minutes, Professional Review Committee meeting minutes, and Board of Directors meeting minutes may only be used for the purpose of litigating this action and for no other purpose absent written stipulation.

///

STIPULATED PROTECTIVE ORDER

-1-

3. The Confidential documents produced by defendant including Medical Executive Committee meeting minutes, Professional Review Committee meeting minutes, and Board of Directors meeting minutes may be disclosed or made available only to the Court, to the parties, to counsel for the parties (including paralegal, clerical and secretarial staff employed by such counsel), and expert witnesses. The parties, counsels' support staff (including paralegal, clerical and secretarial staff employed by such counsel), and expert witnesses shall be advised by counsel of this protective order as well as the confidential nature of the documents produced.

4. This Order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action without involving the Court unnecessarily in the process. In accordance with paragraph 7, Defendant THE FREMONT-RIDEOUT HEALTH GROUP is not waiving any privilege or immunity relating to the documents produced in this matter.

5. This Order shall be without prejudice to the right of the parties to present a motion for a separate Protective Order as to Medical Executive Committee meeting minutes, Professional Review Committee meeting minutes, and Board of Directors meeting minutes, including restrictions differing from those as specified herein. This Order shall not be deemed to prejudice the parties in any way in any future application for modification of this Order.

6. Under no circumstances shall the documents to be produced by defendant including Medical Executive Committee meeting minutes, Professional Review Committee meeting minutes, and Board of Directors meeting minutes be used, disseminated or shared in any manner in any other lawsuit or action or with any other individual.

///

///

///

STIPULATED PROTECTIVE ORDER

1     7. The parties understand, agree and stipulate that the Medical Executive Committee meeting minutes, Professional Review Committee meeting minutes, and Board of Directors meeting minutes are documents protected by the peer review privilege and discovery immunity found in California Evidence Code section 1157 et seq. and the self-critiquing privilege. These documents will be redacted prior to production and only minutes pertaining to plaintiff, CHUKWUEMEKA NDULUE, M.D., from 2010 to present will be produced. Said production does not constitute a waiver of the peer review privilege and discovery immunity by defendant or any other individual or entity.

8. In the event Medical Executive Committee meeting minutes, Professional Review Committee meeting minutes, and Board of Directors meeting minutes are referred to, mentioned, identified, and/or marked as exhibits at depositions in and relating to this matter, the protective order shall extend to such documentation.

9. This Order shall survive the final termination of this action and the Court shall retain jurisdiction to resolve any dispute concerning the records to be disclosed hereunder.

IT IS AGREED AND SO STIPULATED:

Dated: October 13, 2016    **LAW OFFICE OF STEPHEN T. HODGE**

/s/ *Stephen T. Hodge*

---

STEPHEN T. HODGE
CSB No. 158273
Attorneys for Plaintiff, CHUKWUEMEKA NDULUE, M.D.

///
///
///
///

STIPULATED PROTECTIVE ORDER

Dated: October 12, 2016      **LAW OFFICES OF CLIFFORD CHIGBU**

/s/ *Clifford Chigbu*

_____
CLIFFORD CHIGBU
CSB No. 221386
Attorneys for Plaintiff, CHUKWUEMEKA NDULUE, M.D.

Dated: October 17, 2016      **SCHUERING ZIMMERMAN & DOYLE, LLP**

/s/ *Robert H. Zimmerman*

_____
ROBERT H. ZIMMERMAN
CSB No. 84345
Attorneys for Defendant,
THE FREMONT-RIDEOUT HEALTH GROUP

**ORDER**

IT IS SO ORDERED.

Dated: October 27, 2016 _____

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

///

STIPULATED PROTECTIVE ORDER

-4-